IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| NORA RIOS, | § § | |
| Plaintiff, | § § | Civil Action No. 5:18-cv-00078 |
| v. | § § § | |
| MEDICREDIT, INC., | § § | |
| Defendant. | § § § § | |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

*/s/* Raj S. Aujla                               */s/* Amy L. Bennecoff Ginsburg

Raj S. Aujla, Esq.                               Amy L. Bennecoff Ginsburg, Esq.
Southern District Bar No. 1215554                Kimmel & Silverman, P.C.
State Bar No. 24064846                           30 East Butler Pike
**PORTER, ROGERS, DAHLMAN & GORDON, P.C.**       Ambler, PA 19002
745 E. Mulberry, Suite 450                       Phone: 215-540-8888
San Antonio, Texas 78212                         Fax: 877-788-2864
(210) 736-3900 (Telephone)                       Email: teamkimmel@creditlaw.com
(210) 736-1992 (Facsimile)                       Attorney for Plaintiff
raujla@prdg.com
Attorney for the Defendant                       Date: December 17, 2018

Date: December 17, 2018

## CERTIFICATE OF SERVICE

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Raj S. Aujla, Esq.
Southern District Bar No. 1215554
State Bar No. 24064846
**PORTER, ROGERS, DAHLMAN &GORDON, P.C.**
745 E. Mulberry, Suite 450
San Antonio, Texas 78212
(210) 736-3900 (Telephone)
(210) 736-1992 (Facsimile)
raujla@prdg.com
Attorney for the Defendant

Dated: October 17, 2018                    By: /s/ Amy L. Bennecoff Ginsburg
                                               Amy L. Bennecoff Ginsburg, Esq.
                                               Kimmel & Silverman, P.C.
                                               30 E. Butler Avenue
                                               Ambler, PA 19002
                                               Tel: 215-540-8888
                                               Fax: 215-540-8817
                                               Email: teamkimmel@creditlaw.com
                                               Attorney for Plaintiff