Case 5:18-cv-00078   Document 14   Filed on 12/19/18 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 19, 2018
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **NORA RIOS,** | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | **CIVIL ACTION NO. 5:18-CV-78** |
| | § | |
| **MEDICREDIT, INC.,** | § | |
| | § | |
| Defendant. | § | |

## DIRECTIVE TO CLERK OF COURT

Before the Court is the parties' joint stipulation of dismissal. (Dkt. 13.) All parties have signed the filing, making it a self-effectuating stipulation under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The filing of a stipulation under this provision is effective immediately. *SmallBizPros, Inc. v. MacDonald*, 618 F.3d 458, 463 (5th Cir. 2010) (citing *Meinecke v. H&R Block of Hous.*, 66 F.3d 77, 82 (5th Cir. 1995)). Furthermore, the Court notes that the parties have agreed that the dismissal should be with prejudice, *see* Fed. R. Civ. P. 41(a)(1)(B), and that each party will bear its own costs. The Clerk of Court is hereby DIRECTED to TERMINATE this case.

IT IS SO ORDERED.

SIGNED this 19th day of December, 2018.

_____
Diana Saldaña
United States District Judge